# UNITED STATES DISTRICT COURT
## DISTRICTS OF GUAM AND THE NORTHERN MARIANA ISLANDS
### PROBATION/PRETRIAL OFFICE

**FRANK MICHAEL CRUZ**
CHIEF PROBATION OFFICER
<u>Guam Office</u>
Second Floor, U.S. Courthouse
520 W. Soledad Avenue
Hagåtña, Guam 96910
Tel: (671) 473-9201
Fax: (671) 473-9202



<u>CNMI Office</u>
Horiguchi Bldg., Rm. 212
P.O. Box 687 CK
Saipan, MP 96950
Tel: (670) 236-2990
Fax: (670) 236-2992

December 12, 2006

**FILED**
DISTRICT COURT OF GUAM
DEC 14 2006
MARY L.M. MORAN
CLERK OF COURT

Honorable Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

       Re: **LIZAMA, Charlie Frances**
          USDC Cr. Cs. No.: 03-00054-001

       **<u>TRANSFER OF JURISDICTION REQUEST</u>**

Dear Judge Tydingco-Gatewood:

  On September 3, 2003, Charlie Frances Lizama was sentenced in the District Court of Guam to a 30 month term of imprisonment followed by a five year term of supervised release for the offense of Possession of Methamphetamine Hydrochloride with Intent to Distribute, in violation of 21 U.S.C. § 841(a)(1). On January 18, 2006, Mr. Lizama began his term of supervised release in the Western District of Washington. On July 24, 2006, supervised release conditions were modified by the Court to include that he refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the Probation Officer.

  On November 28, 2006, this Officer received a letter from the Western District of Washington, U.S. Probation Officer Angela M. Peru, requesting a transfer of jurisdiction for Mr. Lizama because he is in violation of the terms of his supervised release. Specifically, on August 28, 2006 and October 30, 2006, Mr. Lizama submitted urine samples positive for methamphetamine, and has subsequently been referred to substance abuse treatment. Based on his continued drug use, the Western District of Washington is requesting a transfer of jurisdiction at this time.

ORIGINAL

Transfer of Jurisdiction Request
Re: LIZAMA, Charlie Frances
USDC Cr. Cs. No. 03-00054-001
December 12, 2006
Page 2

      This Officer respectfully requests that the Transfer of Jurisdiction be approved to the U.S. District Court for the Western District of Washington.

Respectfully submitted,

By: _____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer