| PROB 22 (Rev. 2/88) | DOCKET NUMBER (Tran. Court) |
| --- | --- |
| | CR 03-00054-001 |
| TRANSFER OF JURISDICTION | DOCKET NUMBER (Rec. Court) |
| | CR07-003RSM |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| **Charlie Frances Lizama**<br>c/o Angela M. Peru<br>U.S. Probation Officer<br>Western District of Washington<br>Main Place Building<br>1111 Main Street, Room 420<br>Vancouver, WA 98660 | Guam | |
| | NAME OF SENTENCING JUDGE | |
| | **Honorable John S. Unpingco, Chief Judge** | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM: January 18, 2006 — TO: January 17, 2011 |

OFFENSE

**POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE,** in violation of 21 U.S.C. § 841(a)(1).

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___N/A___ DISTRICT OF ___**GUAM**___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___**Western District of Washington**___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

12/22/06
_Date_

FRANCES M. TYDINGCO-GATEWOOD
_United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR ___Western___ DISTRICT OF ___Washington___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/4/07
_Effective Date_

_United States District Judge_

**FILED**
DISTRICT COURT OF GUAM
JAN 12 2007
MARY L.M. MORAN
CLERK OF COURT

ORIGINAL