# United States District Court
DISTRICT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

MARY L.M. MORAN
CLERK OF COURT

January 22, 2007

TEL: (671) 473-9100
FAX: (671) 473-9152

Mr. Bruce Rifkin
Clerk of Court
215 United States Courthouse
1010 Fifth Avenue
Seattle, Washington 98104-1130

**Re:** Your Criminal Case No. 07-003RSM
Our Criminal Case No. 03-00054-001
USA vs Charlie Frances Lizama

Dear Mr. Rifkin:

Our Court is in receipt of the PROB 22, Transfer of Jurisdiction and Order, accepting the transfer of the above-entitled matter.

Enclosed are certified copies of the following documents:

a. Information, filed June 5, 2003
b. Waiver of Indictment, filed June 5, 2003
c. Plea Agreement, filed June 5, 2003
d. Judgment in a Criminal Case, filed September 10, 2003
e. Report for Modifying the Conditions or Term of Supervision with Consent of the Offender, filed July 24, 2006
f. Transfer of Jurisdiction Request, filed December 14, 2006
g. Transfer of Jurisdiction and Order, filed January 12, 2007
h. Docket Sheet

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely,

*Marilyn B. Alcon*
Marilyn B. Alcon
Deputy Clerk

Enclosures
cc: U.S. Attorney's Office, Guam          U.S. Probation Office, Guam
     (Prob 22 Only)                        (Prob 22 Only)